F. H. Borm, appellee, v. Aurora, Elgin & Fox River Electric Company, appellant.  Gen. No. 8,118.

Opinion filed January 3, 1930.  Rehearing denied February 10, 1930.
Alschuler, Putnam, Flannigen & Johnson, for appellant; Arthur L. Puklin, of counsel.  Healy, Beverly & Funk and Charles G. Seidel, for appellee; Paul G. Funk and Charles G. Seidel, of counsel.
Mr. Presiding Justice Boggs delivered the opinion of the court.

Emmett Hastings, appellee, v. Able Transfer Company, appellant.  Gen. No. 8,133.

Opinion filed January 3, 1930.
Green & Rice, for appellant; Lawrence A. Rice, of counsel.  J. A. Miller, for appellee; Sidney H. Block, of counsel.
Mr. Presiding Justice Boggs delivered the opinion of the court.

Nic Wetzel, appellee, v. Fred K. Nimpfer, appellant.  Gen. No. 8,148.

Opinion filed January 3, 1930.
John R. Bills, for appellant.  Hall & Hulse, for appellee; Albert L. Hall and Minard E. Hulse, of counsel.
Mr. Presiding Justice Boggs delivered the opinion of the court.

Adolph Koch, appellee, v. Illinois Power & Light Company, appellant.  Gen. No. 8,152.

Opinion filed January 3, 1930.
Hardy, Hardy & Hardy, for appellant.  R. D. Robinson, for appellee.
Mr. Presiding Justice Boggs delivered the opinion of the court.